*697 PER CURIAM.
Misty Stoddard appeals her judgment and sentence for felony murder. She argues that the trial court erroneously denied her motion for judgment of acquittal. However, Ms. Stoddard’s argument on appeal differs substantially from the argument she raised before the trial court on her motion. Thus, she failed to preserve the argument she now presents to us. See Tillman v. State, 471 So.2d 32, 35 (Fla.1985). After carefully reviewing the record for fundamental error, we cannot say the trial court erred in denying her motion. Accordingly, we affirm the judgment and sentence.
Affirmed.
LUCAS, J., Concurs.
ALTENBERND, J., Concurs with opinion.
VILLANTI, C.J., Concurs with opinion.